```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NAMEL NORRIS,                                     :
                                                  :
                                      Plaintiff,  :
                                                  :           1:21-cv-7609-GHW
                -v -                               :
                                                  :                 ORDER
JAMAL A. ALHARBI, an individual,                  :
d/b/a MINI CART CONVENIENCE                       :
STORE, and ALLEN HOUSE, LLC,                      :
a New York limited liability company,             :
                                     Defendants.  :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Plaintiff's December 7, 2021 request to adjourn the initial pretrial conference, Dkt. No. 11, is

granted. The initial pretrial conference scheduled for December 16, 2021 is adjourned to March 10,

2022 at 3:00 p.m. The joint status letter and proposed case management plan described in the

Court's September 14, 2021 order, Dkt. No. 3, are due no later than March 3, 2022. The mediation

described in the Court's September 14, 2021 order, Dkt. No. 4, should take place at least two weeks

prior to the initial pretrial conference.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 10–11.

SO ORDERED.

Dated: December 8, 2021                     _____
New York, New York                                GREGORY H. WOODS
                                               United States District Judge