```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                 :
NAMEL NORRIS,                           :
                                                 :
                                  Plaintiff,    :                1:21-cv-7609-GHW
                                                 :
                            -v -                        :                <u>ORDER</u>
                                                 :
JAMAL A. ALHARBI, et al.,                 :
                                                 :
                                    Defendants.   :
                                                 :
-------------------------------------------------------------- X
GREGORY H. WOODS, United States District Judge:

      In the Court's order dated March 3, 2022, Dkt. No. 20, the parties were directed to submit a joint status letter to the Court no later than September 6, 2022. The Court has not received that letter. The parties are directed to comply with the Court's March 3, 2022, order forthwith, and in no event later than September 12, 2022.

      SO ORDERED.

Dated: September 9, 2022
       New York, New York

                                                                        GREGORY H. WOODS
                                                               United States District Judge