```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
NAMEL NORRIS,                                                     :
                                                                  :
                                        Plaintiff,                :     1:21-cv-7609-GHW
                                                                  :
               -v -                                               :     ORDER
                                                                  :
JAMAL A. ALHARBI, an individual doing business as                 :
Mini Cart Convenience Store, et al.,                              :
                                                                  :
                                        Defendants.               :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/2022

GREGORY H. WOODS, United States District Judge:

The Court has received the parties' joint status report filed on September 19, 2022. Dkt. No. 34. In accordance with the parties' request, the Court ORDERS that this case be referred to Magistrate Judge Parker for the purpose of pursuing settlement. The post-discovery status conference previously scheduled for September 13, 2022, will take place on November 22, 2022, at 3:00 p.m. Additionally, because the joint letter filed at Dkt. No. 34 indicates that the parties have not completed discovery in accordance with the case management plan, the Court orders the parties to file an additional letter updating the Court on progress made in discovery no later than November 15, 2022 if the case has not settled at that time. By granting the parties' request, the Court is not excusing any failure to comply with the discovery schedule in this case or extending the discovery deadlines.

SO ORDERED.

Dated: September 19, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge