```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
NAMEL NORRIS,

                                Plaintiff,

      -against-

JAMAL A. ALHARBI, an individual doing
business as Mini Cart Convenience
Store, et al.,

                              Defendants.
----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

21-CV-7609 (GHW)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 37).  A telephone conference will be held on **Wednesday, October 19, 2022 at 12:30 p.m.** in advance of a settlement conference.  The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call.  Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

      **SO ORDERED.**

Dated: September 20, 2022
       New York, New York

                                                            *Katharine H Parker*
                                                      _____
                                                      KATHARINE H. PARKER
                                                      United States Magistrate Judge