USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

NAMEL NORRIS,

                              Plaintiff,

            -against-

JAMAL A. ALHARBI, an individual doing
business as Mini Cart Convenience
Store, et al.,

                              Defendants.

-----------------------------------------------------------------X

**SETTLEMENT CONFERENCE
ORDER**

**21-CV-7609 (GHW)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A settlement conference in this matter is scheduled for **Monday, December 5, 2022 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties shall attend in-person with their counsel.  Corporate parties shall send the person with decision making authority to settle the matter to the conference.  The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later than **November 28, 2022 by 5:00 p.m.**  The Court requests that the parties append photos of the premises, as well as any applications made to government authorities for permission to install a ramp and responses thereto.

**In order for the settlement conference to be as productive as possible, Defendants shall produce a copy of the operative lease to Plaintiff by no later than November 11, 2022.**

**A failure to comply with this Order may result in sanctions.**

**SO ORDERED.**

Dated: October 19, 2022
       New York, New York

KATHARINE H. PARKER
United States Magistrate Judge